UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW REID WALTER, <br><br>              Plaintiff, <br><br>    vs. <br><br> NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br>              Defendant. | 4:17-CV-04110-KES <br><br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

       Plaintiff, Andrew Reid Walter, filed a Motion to Reverse the Commissioner of the Social Security Administration. Docket 11. The court referred the motion to United States Magistrate Judge Veronica Duffy. Docket 14.

       Magistrate Judge Duffy filed a report and recommended that the district court affirm the Commissioner's decision. Docket 16. Objections to the report and recommendation were due on August 22, 2018.

       The time for objections has passed and no objections to the report and recommendation have been filed. The court has considered the case de novo and adopts the report and recommendation in full. Thus, it is

       ORDERED that the report and recommendation is adopted in full.

       IT IS FURTHER ORDERED that the Commissioner's decision is affirmed.

       Dated August 29, 2018.

                     BY THE COURT:

                     */s/ Karen E. Schreier*
                     KAREN E. SCHREIER
                     UNITED STATES DISTRICT JUDGE